

**IT IS ORDERED as set forth below:**

**Date: August 15, 2018**

_James R. Sacca_

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

_____
James R. Sacca
U.S. Bankruptcy Court Judge

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| CLARK BARBER and | ) |
| AQUA CHIFFON BARBER, | ) Case No. 14-56829-JRS |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |
| NEIL C. GORDON, as Chapter 7 Trustee | ) |
| for the Estates of Clark Barber and Aqua | ) |
| Chiffon Eusery Barber, | ) |
| | ) |
| | ) Adversary Proceeding No. 18-05157 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| AQUA CHIFFON BARBER, FRANCIS | ) |
| STORMY HILTS, CHRISTINE CLARK | ) |
| HILTS, BURGESS TITLE & ESCROW, | ) |
| LLC, and FIRST AMERICAN TITLE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER DROPPING DEFENDANTS BURGESS TITLE & ESCROW, LLC, FRANCIS STORMY HILTS, CHRISTINE CLARK HILTS, AND FIRST AMERICAN TITLE INSURANCE COMPANY AS DEFENDANTS AND DISMISSING ALL CLAIMS AGAINST THEM WITH PREJUDICE

The Parties in the above-captioned adversary proceeding having jointly moved and

stipulated to the dismissal of all claims against Defendants Burgess Title & Escrow, LLC,

Francis Stormy Hilts, Christine Clark Hilts, and First American Title Insurance Company, it is hereby

**ORDERED** that the Motion is **GRANTED**.  Defendants Burgess Title & Escrow, LLC, Francis Stormy Hilts, Christine Clark, and First American Title are hereby dropped from this adversary proceeding, and all claims against them a dismissed with prejudice.

END OF DOCUMENT

PREPARED AND SUBMITTED BY:

**COLES BARTON LLP**

*/s/ Aaron P.M. Tady*
Aaron P.M. Tady (Ga. Bar No. 696273)
150 South Perry Street, Suite 100
Lawrenceville, Georgia 30046
Telephone:   (770) 995-5570
Facsimile:   (770) 995-5582
Email: atady@colesbarton.com

**Counsel to Defendants First American Title
Insurance Company and Christine Hilts,
individually and as the expected representative
of the Estate of Francis Stormy Hilts**

DISTRIBUTION LIST

Dana K. Maine, Esq.
Matthew M. Weiss, Esq.
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948

Neil C. Gordon, Esq.
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia  30363

Howard P. Slomka, Esq.
Slipakoff & Slomka LLP
2859 Paces Ferry Road, SE, Suite 1700
Atlanta, Georgia 30339