

**IT IS ORDERED as set forth below:**

**Date: August 17, 2018**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CLARK BARBER, | ) | |
| AQUA CHIFFON BARBER, | ) | Case No. 14-56829-JRS |
|     Debtor(s). | ) | |
| _____ | ) | |
| | ) | |
| NEIL C. GORDON, as Chapter 7 Trustee for | ) | |
| the estate of Clark Barber and | ) | |
| Aqua Chiffon Barber, | ) | |
| | ) | |
|     Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | |
| AQUA CHIFFON BARBER, | ) | Case No. 18-5157 |
| | ) | |
|     Defendant(s). | ) | |
| _____ | ) | |

## ORDER AND NOTICE OF RULE 26(f) CONFERENCE

IT IS ORDERED and NOTICE IS HEREBY GIVEN that the parties shall confer

pursuant to FED R. CIV. P. 26(f) and BLR 7016(1) and shall file with the Court on or before

**SEPTEMBER 7, 2018**, a written report that sets forth the following information:

1. **Initial Disclosures**. (Include one or more of the following, modified as appropriate.)

[  ]    The parties have made the initial disclosures required by FED R. CIV. P. 26(a)(1).

[  ]    The parties agree to exchange written and verified initial disclosures.

[  ]    The parties have agreed not to make initial disclosures and to waive the
       requirements of FED R. CIV. P. 26(a)(1) with regard to same.

2. **Discovery Plan**.  The parties jointly propose to the Court that discovery shall be
completed by _____, subject to modification by the Court with the consent
of the parties or for good cause shown.

3. **Other items**.

(a)  The parties shall submit a consolidated pretrial order no later than _____.
See Bankruptcy Local Rule 7016-2.

(b)  Unless further ordered by the Court, Plaintiff will be allowed until _____
to file motions to join additional parties and until _____ to file motions to amend the
pleadings.

(c)  Unless further ordered by the Court, Defendant will be allowed until _____
to file motions to join additional parties and until _____ to file motions to amend the
pleadings.

(d)  All dispositive motions, including Motions for Summary Judgment, will be filed by
_____.

4. **Settlement Potential**.

(a)  The parties [  ] have [  ] have not discussed settlement.

(b) The parties [  ] do [  ] do not intend to hold additional settlement conferences among
themselves prior to the close of discovery.  The proposed date of the next settlement conference
is _____.

(c) The parties [  ] have [  ] have not considered alternative dispute resolution.

(d) Settlement prospects may be enhanced by one of the following alternative dispute resolution procedures [check applicable boxes]: [ ] Mediation; [ ] Judicial settlement conference; [ ] Early neutral evaluation; [ ] Other.

5. Identify any other matters regarding this Court's authority or jurisdiction, discovery or case management that may require the Court's attention (e.g., concerns about confidentiality; the need for protective orders; unmovable scheduling conflicts).  If this is not a core proceeding, do the parties consent to this Court entering a final judgment on any non-core matters in the proceeding?[1]

6. Any other matters not covered above.

7. Whether the parties [ ] do [ ] do not request a conference with the Court prior to entry of the scheduling order. Any such conference may be [ ] by telephone [ ] in chambers [ ] in Court.

8. Failure to timely file the required written report shall mean that this proceeding shall be governed by Bankruptcy Local Rule 7016-1(b)(2), including that discovery must be completed within ninety (90) days from the later of the appearance of the first defendant by answer or motion.

The Clerk is directed to serve the Plaintiff, Plaintiff's Attorney, Defendant, Defendant's Attorney, the Chapter 7 Trustee, and the U. S. Trustee.

**END OF ORDER**

---

[1] If this is not a core proceeding or if this proceeding contains non-core claims, and if no Report is filed or if this question is not answered in the Report, one or more of the parties must file a separate, written statement indicating any objection to this Court entering a final judgment in this matter if any of the parties do, in fact, have such an objection. The failure to raise such an objection could result in this Court concluding that the parties have knowingly and voluntarily consented to this Court entering a final judgment on any non-core matters in this proceeding.