UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-56829-JRS |
| | ) | |
| CLARK BARBER and | ) | CHAPTER    7 |
| AQUA CHIFFON BARBER, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | **)** | |
| NEIL C. GORDON, | ) | |
| as Chapter 7 Trustee for the estates of | ) | |
| Clark Barber and Aqua Chiffon Eusery Barber, | ) | |
| | ) | |
| Movant, | ) | ADVERSARY PROCEEDING |
| | ) | NO. 18-05157-JRS |
| vs. | ) | |
| | ) | |
| AQUA CHIFFON BARBER, | ) | |
| FRANCIS STORMY HILTS, | ) | |
| CHRISTINE CLARK HILTS, BURGESS | ) | |
| TITLE & ESCROW, LLC, AND FIRST | ) | |
| AMERICAN TITLE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Defendant Aqua Chiffon Barber and Neil C. Gordon, Chapter 7 Trustee (the "Plaintiff") for the bankruptcy estates (the "Estates") of Clark Barber and Aqua Chiffon Barber, and, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of Plaintiff's Complaint in this Adversary Proceeding with prejudice.

1

Respectfully submitted, this 28th day of September, 2018.

    ARNALL GOLDEN GREGORY LLP
*Attorneys for Trustee*

By By:*/s/ Neil C. Gordon*
Neil C. Gordon
Ga. Bar No. 302387
Email: neil.gordon@agg.com

171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Ph: 404.873.8500 / Fax: 404.873.8501

Slipakoff & Slomka LLP

/s/ Howard P. Slomka (by WDM with permission)
Howard P. Slomka, Esquire
Georgia Bar No. 652875
hs@myatllaw.com

2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
404-800-4017

12664613v1

## CERTIFICATE OF SERVICE

      This is to certify that I, William D. Matthews, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *Joint Stipulation of Dismissal With Prejudice* by electronic mail at the address stated:

Howard P. Slomka, Esquire
Slipakoff & Slomka LLP
2859 Paces Ferry Rd. SE.
Suite 1700
Atlanta, Georgia 30339
hs@myatllaw.com


      This 28th day of September, 2018.

                                            */s/ William D. Matthews*
                                            William D. Matthews
                                            Georgia Bar No. 470865

12664613v1